IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Anderson, Jessie

Printed: 03/03/09

Case Number: 04 B 29284
Judge: Hollis, Pamela S
Filed: 8/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 26, 2009
Confirmed: September 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,739.84 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 18,600.78 |
| Priority: |  | 2,624.64 |
| Administrative: |  | 1,205.20 |
| Trustee Fee: |  | 1,309.22 |
| Other Funds: |  | 0.00 |
| Totals: | 23,739.84 | 23,739.84 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,205.20 | 1,205.20 |
| 2. | Internal Revenue Service | Priority | 2,624.64 | 2,624.64 |
| 3. | ECast Settlement Corp | Unsecured | 2,787.10 | 2,787.10 |
| 4. | Resurgent Capital Services | Unsecured | 5,932.88 | 5,932.88 |
| 5. | Resurgent Capital Services | Unsecured | 2,830.23 | 2,830.23 |
| 6. | Resurgent Capital Services | Unsecured | 5,016.96 | 5,016.96 |
| 7. | ECast Settlement Corp | Unsecured | 2,030.93 | 2,030.93 |
| 8. | Internal Revenue Service | Unsecured | 2.68 | 2.68 |
| 9. | First USA Bank/Lomas Bank | Unsecured |  | No Claim Filed |
| 10. | B-First | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,430.62 | $ 22,430.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 214.93 |
| 4% | 36.00 |
| 3% | 40.49 |
| 5.5% | 222.71 |
| 5% | 67.49 |
| 4.8% | 129.58 |
| 5.4% | 466.97 |
| 6.6% | 131.05 |
|  | $ 1,309.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Anderson, Jessie | Case Number:  04 B 29284 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/03/09 | Filed:  8/6/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*